# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PSYCHIATRIC SOLUTIONS, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **FEDERAL EMERGENCY** | : | |
| **MANAGEMENT AGENCY,** *et al.* | : | NO.  13-5237 |

## O R D E R

**AND NOW**, this 31ˢᵗ day of March, 2015, upon consideration  Defendant's Motion for Summary Judgment, defendant's supporting briefs, and plaintiff's opposition thereto, and following oral argument, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**, and this case is **DISMISSED**.  The Clerk of Court shall close this case for statistical purposes.


BY THE COURT:

s/ L. Felipe Restrepo
-------------------------------------------------------
L. Felipe Restrepo
United States District Judge